AMIN TALATI WASSERMAN, LLP
Matthew R. Orr, Bar No. 211097
William P. Cole, Bar No. 186772
515 South Flower St., 18th Floor
Los Angeles, CA  90071
Tel:   (213) 933-2330
Fax:   (312) 884-7352
matt@amintalati.com
william@amintalati.com

Attorneys for Defendant KSF Acquisition Corporation

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA NACARINO, on behalf of the herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KSF ACQUISITION CORPORATION, a corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.:  4:22-cv-04021-MMC<br><br>**DECLARATION OF WILLIAM P. COLE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

- 2 -

1      I, William P. Cole, declare as follows:

2      1.     I am an attorney with Amin Talati Wasserman, LLP, counsel for Defendant KSF Acquisition Corporation in this matter. I make this declaration of my personal knowledge and, if called upon to do so, could competently testify thereto.

     2.     Attached hereto as **Exhibit 1** is a true and correct copy of a demand letter, dated January 25, 2022, addressed to KSF Acquisition Corporation by Robert Abiri, Esq.

     I declare under penalty of the perjury under the laws of the United States that the foregoing is true and correct, and that this declaration is executed this 9th day of September 2022.

                                     */s/ William P. Cole*
                                     William P. Cole

- 2 -
**DECLARATION OF WILLIAM P. COLE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

**EXHIBIT 1**

Robert Abiri, Esq.
abiri@cd-lawyers.com



January 25, 2022

**VIA CERTIFIED U.S. MAIL AND EMAIL**

Glanbia Performance Nutrition, Inc.
3500 Lacey Rd,
Downers Grove, IL 60515
gnprivacy@glanbia.com

Glanbia Performance Nutrition, Inc.
c/o Corporate Creations Network Inc.
350 S Northwest Highway 300
Park Ridge, IL 60068
gnprivacy@glanbia.com

KSF Acquisition Corporation
11780 US Highway One, Suite 400N,
Palm Beach Gardens, FL 33408
customercare@slimfast.com

KSF Acquisition Corporation
c/o Corporate Creations Network Inc.
801 US Highway 1
North Palm Beach, FL 33408
customercare@slimfast.com

   Re: *Class Action Notification and Demand Pursuant to California Civil Code section 1782 and All Other Applicable Laws Requiring Pre-Suit Notice Concerning SlimFast Shake and Smoothie Mixes*

To Whom It May Concern:

  Please be advised that Custodio & Dubey LLP represents Amir Houriani ("Client"). All future correspondence regarding the matters set forth herein must be directed to Custodio & Dubey LLP. We write on behalf of our Client, as well as on behalf of all others similarly situated (the "Class"), to provide Glanbia Performance Nutrition, Inc. and KSF Acquisition Corporation ("Glanbia and KSF") with notice and demand for corrective action pursuant to California Civil Code § 1782, as well as notice pursuant to all other laws requiring pre-suit notice, including state warranty laws.

---

Robert Abiri, Esq.
abiri@cd-lawyers.com

### Glanbia and KSF Have Violated California's Consumers Legal Remedies Act ("CLRA")

This letter provides Glanbia and KSF with notice that they have violated the CLRA by engaging in unlawful practices prohibited under California Civil Code 1770, *et seq*. Specifically, Glanbia and KSF have engaged in false and deceptive practices in the marketing and sale of their SlimFast smoothie and shake mix products (the "Products").[1] The front label of each of the Products prominently features a representation which promises a specific number of grams of protein per serving of the smoothie or shake mix. For example, as portrayed below, the SlimFast Advanced Nutrition Smoothie Mix Product's front label displays the following representation: "20g HIGH PROTEIN", which leads reasonable consumers to believe that the smoothie mix contains 20 grams of protein per serving.



---

[1] The Products include the following: (1) SlimFast Original Meal Replacement Shake Mix; (2) SlimFast Advanced Nutrition Smoothie Mix; (3) SlimFast Diabetic Weight Loss Meal Shake; and (4) SlimFast Advanced Immunity Smoothie Mix.

Robert Abiri, Esq.
abiri@cd-lawyers.com

However, unbeknownst to consumers, they are receiving far less grams of protein than promised. The SlimFast Advanced Nutrition Smoothie Mix does not contain "20g HIGH PROTEIN", but only *12g of protein* per serving. The Product fails to provide 40% of the promised grams of protein per serving. Instead, the Products require *milk* to be added in order to obtain the advertised grams of protein per serving of mix. This fact is not disclosed on the front label.

The other Products suffer from the same flaw. Most shockingly, SlimFast's Original Product promises "10g PROTEIN", but the mix only contains *2g of protein* per serving. The Original Product fails to provide a considerable *80%* of the promised grams of protein. The Advanced Immunity Product similarly promises "20g PROTEIN", but only provides 12g of protein per serving. The Diabetic Weight Loss Products promise 10-11g of protein, but provide only 2-3g of protein per serving. As a result, the Products are falsely and deceptively labeled.

Complaints by other purchasers of the Product show that this deception is not an isolated incident experienced by our Client. Below are a few of many complaints by consumers of the Products regarding this precise issue:[2]



Lynette Molina

★☆☆☆☆ **Do not waste your money**

Reviewed in the United States on September 29, 2019

Style: Advanced Nutrition | Flavor Name: Vanilla Cream | Size: 12 Servings (Pack of 2) | **Verified Purchase**

It contains a deceiving wrapper making you think that the protein grams you will get are from the shake powder, but in reality they are counting the milk's protein on the grams advertised. I cant drink milk so it was such a waste of money. Any other protein brand indicates the protein grams in yhe from of the label for the powder only, then will have a chat with or without milk on the nutritional facts.

---

[2] https://www.amazon.com/SlimFast-Original-Replacement-Vitamins-Chocolate/dp/B000DZT0N0/ref=cm_cr_arp_d_product_top?ie=UTF8#customerReviews [Original Product] and https://www.amazon.com/SlimFast-Advanced-Nutrition-Vanilla-Smoothie/dp/B0187HZC32/ref=sr_1_6?crid=1XVUQEA6HULL9&keywords=Slimfast%2Badvanced&qid=1642984987&s=hpc&sprefix=slimfast%2Badvance%2Chpc%2C121&sr=1-6&th=1 [Advanced Nutrition Product] (last visited January 24, 2022).

Robert Abiri, Esq.
abiri@cd-lawyers.com

 Jenny

☆☆☆☆☆ **Misleading and fraudulent information**

Reviewed in the United States on November 27, 2018

Style: Advanced Nutrition | Flavor Name: Vanilla Cream | Size: 12 Servings (Pack of 1) | **Verified Purchase**

This product does not contain the 20 grams of protein it claims. It only contains 12 grams of protein per serving. In order to reach the 20 grams you have to mix it with 8 oz. of dairy milk. If you are lactose intolerant or just avoid dairy this is not doable. All through the description of this product it claims that the "powder " contains 20 grams of protein. False and misleading. When I complained to the company, they said they were sorry and that I should return the product if I was unhappy. Great! So now I have to pay the return shipping to send back a product I was duped into buying. Wow! Thanks for nothing!

355 people found this helpful

 Zakira

☆☆☆☆☆ **This product only has 2g protein as compared to the advertised 10g!!**

Reviewed in the United States on June 9, 2020

Flavor Name: Rich Chocolate Royale | Size: 34 Servings (Pack of 1) | **Verified Purchase**

It advertises 10g protein If you look on the Nutritional Facts it's only 2g protein and only 10g if you mix it with non fat milk! False advertising. What if you mix it with water or something other than milk? They shouldn't put that on the front of the can if that's not accurate. I decided to go with Pure Protein powder that I found on amazon. Around the same price, 25g of protein and only 4g of sugar compared to the 11g with this product. Also around the same calories. Way better for your body.

 Christine A Berger

☆☆☆☆☆ **CONTAINS \*\*TWO\*\* GRAMS OF PROTEIN**

Reviewed in the United States on September 13, 2018

Flavor Name: Rich Chocolate Royale | Size: 34 Servings (Pack of 1) | **Verified Purchase**

The product arrived and I was furious to see it contains only 2 grams of protein. I feel the marketing is blatantly misleading in repeatedly stating 10 grams of protein. The other 8 is from milk you have to add yourself; it's also strongly implied this product is ready-to-drink with water like the familiar cans. I looked at my husband's hot cocoa mix and it's literally the same amount of protein and calories; 2 grams protein and 100 calories. And at least the cocoa I could drink mixed with water! I am seeking a refund. This is not a nutritional product and I don't feel it would add any health or wellness benefits over just drinking a glass of plain milk.

For the foregoing reasons, the labeling and marketing of the Products violates the CLRA, in at least the following manner:

(1) Representing that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities that they do not have or that a person has a sponsorship, approval, status, affiliation, or connection that he or she does not have (Section 1770(a)(5));

(2) Representing that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another (Section 1770(a)(7)); and

(3) Advertising goods or services with intent not to sell them as advertised (Section 1770(a)(9)).

Pursuant to California Civil Code § 1782, this letter not only serves as thirty-day notice to Glanbia and KSF regarding their violations of the CLRA as outlined above, but also as our Client's demand, and the demand of the Class, that Glanbia and KSF immediately correct, repair, refund and otherwise rectify the violations of CLRA, and the other statutes and causes of action referenced herein, on a class-wide basis.

### Glanbia and KSF Have Violated Other Statutes and Laws

Glanbia and KSF's foregoing conduct also violates the California Business and Professions Code § 17200 (California's Unfair Competition Law), and the California Business and Professions Code § 17500 (California's False Advertising Law), which all prohibit unfair, unlawful, and fraudulent conduct. Glanbia and KSF have also violated California's breach of express and implied warranty laws (California Commercial Code §§ 2313 and 2314), by failing to provide consumers with the amount of protein promised on the Products' front label.

### Our Client's Experience

In December 2021, our Client, a resident of Los Angeles, California, purchased the SlimFast Advanced Nutrition Smoothie Mix Vanilla Cream Product from a Ralphs market in Los Angeles, California. Based on the "20g HIGH PROTEIN" representation on the front label, our Client reasonably believed that the smoothie mix contained 20 grams of protein per serving. Had our Client known that the smoothie mix did not contain 20 grams of protein per serving, he would not have purchased it, or would have paid significantly less for it.

### Demand

To cure the harmful conduct noted herein, we demand that Glanbia and KSF: (1) cease from advertising and selling the Products in a false and misleading manner; and (2) make full payment to the Class of all money obtained from the sales thereof. We further demand that Glanbia and KSF preserve all documents and other evidence which refer or relate to any of the above-described conduct, including, but not limited to:

Robert Abiri, Esq.<br>
abiri@cd-lawyers.com

1. All documents concerning the development and/or testing of the Products;
2. All documents concerning the formulation, composition, and/or ingredients of the Products;
3. All documents concerning the decision to label, package, or advertise the Products with representations about the grams of protein in the Products;
4. All documents concerning the manufacturing, packaging, labeling, advertisement, promotion, marketing and sale of the Products;
5. All documents concerning communications with any individual involved in the formulation, development, testing, packaging, labeling, advertisement, promotion, marketing and sale of the Products;
6. All documents concerning communications with purchasers of the Products;
7. All documents concerning the sales volume of the Products (in units and dollars), and the revenues derived therefrom; and
8. All documents concerning the identities and location of potential class members who purchased the Product.

Should Glanbia and KSF fail to rectify the unfair and deceptive conduct outlined herein within thirty (30) days of receipt of this letter, our Client will move forward with this action. Please contact the undersigned if you would like to discuss this matter.

Sincerely,

Robert Abiri

JAN 3 1 2022

# CERTIFICATE OF SERVICE

(United States District Court)

I hereby certify that on September 9, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *William P. Cole*
William P. Cole