**CUSTODIO & DUBEY, LLP**
Robert Abiri (SBN 238681)
445 S. Figueroa Street, Suite 2520
Los Angeles, CA 90071
Telephone: (213) 593-9095
Facsimile: (213) 785-2899
E-mail: abiri@cd-lawyers.com

**TREEHOUSE LAW, LLP**
Joshua Nassir (SBN 318344)
Benjamin Heikali (SBN 307466)
Ruhandy Glezakos (SBN 307473)
10250 Constellation Blvd., Suite 100
Los Angeles, CA 90067
Telephone: (310) 751-5948
jnassir@treehouselaw.com
bheikali@treehouselaw.com
rglezakos@treehouselaw.com

**AMIN TALATI WASSERMAN, LLP**
Matthew R. Orr, Bar No. 211097
William P. Cole, Bar No. 186772
515 South Flower St., 18th Floor
Los Angeles, CA 90071
Tel: (213) 933-2330
Fax: (312) 884-7352
matt@amintalati.com
william@amintalati.com

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELENA NACARINO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KSF ACQUISITION CORPORATION,<br><br>Defendant. | Case No.: 3:22-cv-04021-MMC<br><br>**JOINT STIPULATION TO VOLUNTARILY DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

JOINT STIPULATION TO VOLUNTARILY DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Elena Nacarino ("Plaintiff") and Defendant KSF Acquisition Corporation ("Defendant"), by and through their respective counsels of record, hereby stipulate to Plaintiff's voluntary dismissal of all of Plaintiff's individual claims in the above-captioned action, without prejudice, against Defendant. The claims of the putative class are dismissed without prejudice. Each party shall bear its own costs and fees.

DATED: February 24, 2023

CUSTODIO & DUBEY, LLP

By: /s/ Robert Abiri
Robert Abiri
Attorneys for Plaintiff

AMIN TALATI WASSERMAN, LLP

By: /s/ William P. Cole
William P. Cole
Attorney for Defendant

**ATTESTATION OF E-FILED SIGNATURE**

I, Robert Abiri, am the ECF User whose ID and password are being used to file the foregoing Joint Case Management Statement. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 24, 2023                    By: */s/ Robert Abiri*